# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

131457(49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES GILLESPIE,
      Plaintiff-Appellee,

v

SC: 131457
COA: 268263
Wayne CC: 04-431052-CK

RUSSELL FILTRATION, INC., and
RANDAL J. ARMSTRONG,
      Defendants-Appellants.

_____/

     On order of the Court, the motion for damages and finding of vexatious appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

s0618